JS-6 Entered

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

BRADLEY GOODRICH,

        Petitioner,

vs.

GEORGE NEOTTI, Warden,

        Respondent.

Case No. CV 11-8798-JFW (RNB)

**JUDGMENT**

    In accordance with the Order Re Summary Dismissal of Action filed herein,

    IT IS HEREBY ADJUDGED that this action is summarily dismissed pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: 11/2/11

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE