ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV - 7 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

JS-6 Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

NOV - 7 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

BRADLEY GOODRICH,

    Petitioner,

vs.

GEORGE NEOTTI, Warden,

    Respondent.

Case No. CV 11-8798-JFW (RNB)

**JUDGMENT**

In accordance with the Order Re Summary Dismissal of Action filed herein,

IT IS HEREBY ADJUDGED that this action is summarily dismissed pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: 11/2/11

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE